

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-15-00501-CV

Rene **CERVANTES**,
Appellant

v.

Lisa M. **CERVANTES**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013CVG001776-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

     Appellant's motion for rehearing was due October 6, 2016. On October 12, 2016, appellant filed a motion asking for additional time in which to file the motion for rehearing. More specifically, appellant asks for an additional forty-five days in which to file the rehearing, stating he needs additional time to review the record and prepare the motion. After review, we **GRANT IN PART** and **DENY IN PART** the motion for extension of time. We **GRANT** appellant an additional thirty days in which to file the motion for rehearing, but **DENY** his request for an additional forty-five days. We **ORDER** appellant to file his motion for rehearing in this court on or before November 7, 2016. Appellant is advised that no further extensions of time to file the motion for rehearing will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court